IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Billie Salas,<br><br>    Plaintiff,<br><br>vs.<br><br>Clark Dyer,  et al.,<br><br>    Defendants. | )<br>)  **CV-10-631-TUC-DCB**<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>) |

    Magistrate Judge Estrada issued his Report and Recommendation on March 9, 2011, recommending that the District Court dismiss the action with prejudice for failure to effect service of process in a timely fashion and failure to prosecute.  A copy was sent to all parties on March 10, 2011, notifying all parties that written objections must be filed within fourteen days of service. 28 U.S.C. §636(b).  No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

    The Court, having made an independent review of the record, orders as follows:

    IT IS ORDERED that Magistrate Judge Estrada's Report and Recommendation (Doc. 17) is  ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

    IT IS ORDERED that this action is dismissed without prejudice.  This case is closed.

    DATED this 28th day of March, 2011.

David C. Bury
United States District Judge